UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF ) <br> THE UNITED STATES OF AMERICA FOR A ) <br> WARRANT TO OBTAIN RECORDS, ) <br> LOCATION INFORMATION, INCLUDING ) <br> PRECISION LOCATION INFORMATION, ) <br> CELL SITE INFORMATION, AND OTHER ) <br> SIGNALING INFORMATION ASSOCIATED ) <br> WITH THE CELLULAR TELEPHONE ) <br> HAVING THE NUMBERS (314) 371-8012 ) | No. 4:18 MJ 6235 PLC |

**ORDER FOR UNSEALING OF DOCUMENTS**

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Sirena Miller Wissler, Assistant United States Attorney for said District, moving the Court to unseal, without further notice to the Government, the search warrant, issued pursuant to Fed.R.Crim.P. 41, along with its application, affidavit, return, and other related documents filed in this matter, following the passage of 14 days from the date of this Order.

IT IS HEREBY ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed under the above-referenced Cause Number, be unsealed after the passage of 14 days from the date of this Order.

_____
PATRICIA L. COHEN
United States Magistrate Judge

Dated this ___10___ day of January, 2019.